**Russell WHITAKER, C.R. Gregory, f.d.b.a. Tiffany's Movie's, Robert Knighton, f.d.b.a. C.J.'s Video Plus, Plaintiffs–Appellants,**

v.

**MGA, INC., United Parcel Service, Inc., (UPS), et al., Defendants–Appellees.**

No. 06–15025

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 15, 2007.

Malcolm R. Newman, Dothan, AL, for Plaintiffs–Appellants.

Jeffrey Monroe Grantham, John Thomas A. Malatesta, Maynard, Cooper & Gale, P.C., Howard P. Walthall, Jr., Burr & Forman LLP, Robert K. Spotswood, Michael Todd Sansbury, Spotswood, LLC, Birmingham, AL, C. Richard Langley, Langley & Lee, LLC, Patrick S. Flynn, Flynn & Peeler, LLC, Albany, GA, Cari Katrice Dawson, Alston & Bird, LLP, Jennifer M. Techman, Roger C. Wilson, Evert & Weathersby, LLC, Nowell Donald Berreth, Rebecca Brown Crawford, Alston & Bird, LLP, Atlanta, GA, for Defendants–Appellees.

Before ANDERSON, BARKETT, and COX, Circuit Judges.

PER CURIAM:

Plaintiffs Russell Whitaker, C.R. Gregory, and Robert Knighton appeal the district court's dismissal of their civil RICO claim against Defendants MGA, Inc., United Parcel Service, Select Media Services, LLC, Mile High Media, Inc., LFP, Inc., Digital Sin, Inc., and Fraserside Holdings, Ltd. We find no reversible error in the dismissal and therefore affirm.

Plaintiffs' complaint does not allege facts to support the conclusory allegations that Defendants combined and conspired to manufacture, transport, and distribute obscene materials. Thus, dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) was proper.

**AFFIRMED.**